UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BRUCE L. KENYON; HELBERTH PEREZ; FRANK ANDRADE; JEREMY BEAUSOLEIL; and CHRISTOPHER L. SMITH,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE; DANIEL MCKEE; and PETER NERONAH,<br><br>　　Defendants. | C.A. No. 25-cv-209-JJM-PAS |

## ORDER

The Court has reviewed this Complaint to determine whether it states a plausible federal claim for relief, as it is required to do when an Application for *In Forma Pauperis* status is filed. 28 U.S.C. § 1915(e)(2)(B)(ii); ECF No. 2. It appears that the Plaintiffs are challenging the constitutionality of parts of the state sex offender registration scheme and related statutes. The Complaint has several problems that counsel the Court to find that it currently fails to state a plausible federal claim for relief.

1. The Complaint appears to fail because it does not state a justiciable case-in-controversy issue over standing—the Plaintiffs in custody (four out of the five) are not required yet to register anywhere. There is no current stated injury from the challenged statute; the injuries alleged appear to be in the future.

2. Four out of the five Plaintiffs did not sign the Complaint. Non-lawyers cannot sign a complaint on behalf of others.

3. The class claims must be dismissed because a non-lawyer may not represent a class.

4. Federal Rule of Civil Procedure 8(a) has not been followed because the Complaint is not a short and plain statement. This is the same problem identified in a similar case filed by the Plaintiff a year ago, resulting in its dismissal. See *Kenyon et al. v. United States et al*, 1:24-cv-00306-WES-PAS.

The Plaintiffs' Complaint is dismissed without prejudice.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*
_____
John J. McConnell, Jr.
Chief Judge
United States District

June 24, 2025