# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |  |
|---|---|---|
| BRUCE L. KENYON; HELBERTH PEREZ; FRANK ANDRADE; JEREMY BEAUSOLEIL; and CHRISTOPHER L. SMITH,     Plaintiffs, <br><br> v. <br><br> UNITED STATES INTERNAL REVENUE SERVICE; DANIEL MCKEE; and PETER NERONAH,     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 25-cv-209-JJM-PAS |

## ORDER

The Plaintiffs have asked this Court to alter or amend its judgment (ECF No. 8) under Fed. R. Civ. P. 59(e). ECF No. 13. The State Defendants object. ECF No. 14. The Court DENIES the Plaintiffs' Motion.

The Court *sui sponte*[1] dismissed without prejudice this case, finding many procedural violations of the Rules of Civil Procedure and substantive problems with the Court's jurisdiction to hear this case. The Motion to Alter the Judgment must be denied for a variety of reasons, including the fact that pro se litigants cannot represent a class; the Complaint violates Fed. R. Civ. P. 8(a); the Complaint was only signed by one Plaintiff; there was no proposed Amended Complaint attached as

---

[1] While the Court's Order stated that it was under 28 U.S.C. § 1915 because the Plaintiffs had originally filed without the payment of fee, now that the fee has been paid, the Court exercises its required review of its subject-matter jurisdiction, and parties required obligations under the Rules of Civil Procedure.

required by the local rules (*see* LR Civ. 15: "A motion to amend a pleading shall be filed in accordance with LR Cv. 7, explain how the amended pleading differs from the original and why the amendment is necessary, and be accompanied by a complete and signed copy of the proposed amended pleading."); failure to plausibly plead that the Plaintiffs had standing; and failed to provide any evidence that the Court's prior order met the requirements to alert the judgment according to of Fed. R. Civ. P. 59(e).

Therefore, the Court DENIES the Plaintiffs' Motion to Amend or Alter the Judgment. ECF No. 13.

IT IS SO ORDERED.

*s/John J. McConnell, Jr.*

_____
John J. McConnell, Jr.
Chief Judge
United States District

August 5, 2025